-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CLYDE PURNELL, 09A2455,

        Plaintiff,

                                            DECISION AND ORDER
-v-                                    11-CV-6583L

John Does 1-11, Central Office Albany NEW YORK,
Ms. Moore, R. Garrett, Mid-State Correctional
Facility Superintendent, Dr. Ramine,
(Cheif) (Dr. Psychatrist), Dr. (psychiarist) Supervisor
and Ms. Carlish, SW II,

        Defendants.
_____

        Plaintiff Clyde Purnell has brought this action under 42 U.S.C. § 1983, complaining that his constitutional rights were violated at the Oneida, Marcy and Auburn Correctional Facilities. However, those facilities are located in the Northern District of New York and the action is deemed to arise under jurisdiction of the United States District Court for the Northern District of New York. Pursuant to 28 U.S.C. § 1406(a), this action is ordered transferred to the United States District Court for the Northern District of New York.

        The determination of the plaintiff's motion for permission to proceed *in forma pauperis* has been left to the Northern District of New York and, therefore, because this Court has already sent his signed authorization form to the Auburn Correctional Facility for execution, the Pro Se Office is directed to advise the facility of the transfer of this case to the Northern District.

IT HEREBY IS ORDERED, that this matter is transferred to the United States District Court for the Northern District of New York.

SO ORDERED.

Dated: _____JAN. 12_____, 2012
Rochester, New York

_____
CHARLES J. SIRAGUSA
United States District Judge